# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Jorge Gonzalez Campos, | |
|     Plaintiff, | Case No. 23-CV-407 |
| v. | |
| | PLAINTIFF DEMANDS TRIAL BY JURY |
| Rockin B Plumbing LLC and Sonny Baxley | |
|     Defendants. | |

## NOTICE OF SETTLEMENT

The Parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement agreement. The parties intend to file a stipulation of dismissal within 30 days. The Parties request the Court to vacate any deadlines during such period in order to allow the Parties to use their efforts towards settlement.

Dated: June 21, 2024

/s/James M. Dore
By Their Attorney
Texas Bar. 24128272
Justicia Laboral LLC
6232 N. Pulaski, #300
Chicago, IL 60646
Phone: 773-415-4898
jdore@justicialaboral.com

## **Certificate of Service**

      On June 21, 2024, I, James M. Dore, an attorney, certify that I caused a true and correct copy of the Plaintiff's Notice of Settlement to be served on:

> Daryl J. Sinkule
> *Attorneys for Defendants*
> KILGORE & KILGORE, PLLC
> 3141 Hood Street, Suite 500
> Dallas, Texas 75219
> Telephone: (214) 969-9099
> Facsimile: (214) 379-0843
> djs@kilgorelaw.com

Via email to the email address(es) identified above.

> /s/James M. Dore
> By Their Attorney
> Texas Bar. 24128272
> Justicia Laboral LLC
> 6232 N. Pulaski, #300
> Chicago, IL 60646
> Phone: 773-415-4898
> jdore@justicialaboral.com