# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JORGE GONZALEZ CAMPOS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:23-CV-00407- |
| § | SDJ-AGD |
| **ROCKIN B PLUMBING, LLC and** § | |
| **SONNY BAXLEY,** § | |
| § | |
| Defendants. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, through his undersigned counsel, and Defendants, through their undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, including, without limitation, all claims which Plaintiff has asserted or could have asserted against Defendants, and with no award of attorneys' fees or costs by the Court to any party.

*/s/ James M. Dore*  
James M. Dore, Attorney-in-Charge  
State Bar No. 24128272  
jdore@justicialaboral.com  
Justicia Laboral LLC  
6232 N. Pulaski, #300  
Chicago, IL 60646  
Telephone: (773) 942-9415 x 105  

*Counsel for Plaintiff*  
*Jorge Gonzalez Campos*

*/s/ Daryl J. Sinkule*  
Daryl J. Sinkule, Attorney-in-Charge  
State Bar No. 24037502  
djs@kilgorelaw.com  
Kilgore & Kilgore, PLLC  
3141 Hood Street, Suite 500  
Dallas, Texas 75219  
Telephone: (214) 969-9099  
Facsimile: (214) 379-0843  

*Counsel for Defendants*  
*Rockin B Plumbing, LLC and*  
*Sonny Baxley*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record pursuant to the electronic filing system for the United States District Court for the Eastern District of Texas on this, the 31st day of July, 2024:

James M. Dore
Justicia Laboral LLC
6232 N. Pulaski, #300
Chicago, IL 60646
jdore@justicialaboral.com

                                        */s/ Daryl J. Sinkule*
                                        DARYL J. SINKULE